# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5027
_____

TERRANCE SHAW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

January 28, 2019


PER CURIAM.

DISMISSED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Terrance Shaw, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.